# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 20-1437V

SHARI GRESS,

                      Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                      Respondent.

Chief Special Master Corcoran

Filed: June 18, 2025

*Brynna Gang, Kraus Law Group, LLC, Chicago, IL, for Petitioner.*

*Lynn C. Schlie, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On October 22, 2020, Shari Gress filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") after receiving an influenza ("flu") vaccination on November 10, 2017. Amended Petition at 1 (ECF No. 36). The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 3, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On June 18, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $247,758.43, representing $215,000.00 for past pain and suffering, $28,572.25 for future pain and suffering (based off an initial figure of $35,000.00 reduced to the net-present value), and $4,186.18 for past unreimbursable expenses. Proffer at 2-3. In the Proffer, Respondent

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $247,758.43, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

|  |  |  |
|---|---|---|
| | ) | |
| SHARI GRESS, | ) | |
| | ) | |
| Petitioner, | ) | No. 20-1437V |
| v. | ) | Chief Special Master Corcoran |
| | ) | ECF |
| SECRETARY OF HEALTH | ) | |
| AND HUMAN SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## PROFFER ON AWARD OF COMPENSATION

On October 22, 2020, Shari Gress ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq., alleging that an influenza ("flu") vaccine administered to her on November 10, 2017, caused her to develop unspecified "injuries." Petition at 1; ECF No. 1. Petitioner subsequently filed an Amended Petition on August 18, 2022, alleging that the flu vaccine she received caused her to develop a Shoulder Injury Related to Vaccine Administration ("SIRVA"). Amended Petition at 1; ECF No. 36. On December 3, 2024, Chief Special Master Corcoran issued a Ruling on Entitlement finding that petitioner is entitled to compensation. ECF No. 43. Respondent now proffers the following regarding the amount of compensation to be awarded.

## I.     Items of Compensation

### A.     Pain and Suffering

Respondent proffers that petitioner should be awarded $243,572.25 in pain and suffering, consisting of $215,000.00 for past pain and suffering and $35,000.00 for future pain and suffering (reduced to a net-present value of $28,572.25). *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B.      Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury.  Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $4,186.18.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

II.     **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.  Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $247,758.43, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.  Petitioner agrees.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

/s/ Lynn C. Schlie
LYNN C. SCHLIE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-3667
Email: lynn.schlie@usdoj.gov

DATED:  June 18, 2025